JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6888
  Fax:              (415) 436-6748
  Email: thomas.newman2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-274-MMC |
|        Plaintiff, ) | |
|                     ) | STIPULATION TO CONTINUE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|     v.                       ) | |
| SURIYA SRITHONG,         ) | AND ORDER THEREON |
|        Defendant.          ) | |

This matter came on for an initial status conference on April 28, 2010.  At the hearing, the parties agreed that (1) the defense needed additional time to review the discovery that was produced and that (2) in the intervening period the government would provide an index of the discovery to defendant's counsel.  The matter was calendared for a status hearing on June 30, 2010.  Following the last status hearing, the government produced a written summary of selected evidence as those documents relate to the specific charges.  Along with the summary, the government provided additional copies of the discovery for review.  The parties agree that the defense needs additional time to review these documents and that it would be in the interests of justice to continue the status hearing previously set for June 30, 2010, to July 21, 2010.

The parties, through their counsel of record, hereby stipulate and agree that the period of time from June 30, 2010 to July 21, 2010, shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and (B)(iv) to allow the defendant and his counsel reasonable

1  time necessary for effective preparation of the defenses taking into account the exercise of due
2  diligence, and for continuity of counsel.
3
4                                              Respectfully submitted,
5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6
7
                                               /s/Thomas M. Newman
8  Dated: June 22, 2010                        THOMAS M. NEWMAN
                                               Assistant United States Attorney
9                                              Tax Division

10 Dated: June 22, 2010                        /s/Jodi Linker
                                               Jodi Linker
11                                             Attorney for Defendant
12
13                                   **ORDER**
14     This Court agrees and finds that the ends of justice served by excluding time from June
15 30, 2010 to July 21, 2010, outweigh the best interests of the public and the defendant in a speedy
16 trial, because of the complexity of this case and the defendant and his counsel are entitled to a
   reasonable time necessary for effective preparation of the defenses.
17
       IT IS SO ORDERED.
18
19
20 Dated:  June 23, 2010                        _____
                                                MAXINE M. CHESNEY
21                                              United States District Court Judge
22
23
24
25
26
27
28

*Stipulation to Exclude Time*
*Case No. 10-274-MMC*          2