1    BARRY J. PORTMAN
     Federal Public Defender
2    JODI LINKER
     Assistant Federal Public Defender
3    19th Floor Federal Building
     450 Golden Gate Avenue
4    San Francisco, CA 94102
     Telephone:  (415) 436-7700
5
     Counsel for Defendant SRITHONG
6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )      No. CR-10-0274 MMC
                                        )
11             Plaintiff,               )
                                        )      STIPULATION AND [PROPOSED]
12        v.                            )      ORDER TO CONTINUE STATUS
                                        )      CONFERENCE AND EXCLUDE TIME
13   SURIYA SRITHONG,                   )
                                        )
14             Defendant.               )
     _____)
15

16        The parties jointly request that, subject to the Court's approval, the status conference

17   presently set for July 21, 2010, be continued to September 1, 2010, at 2:30 p.m.

18        Defendant Suriya Srithong is charged with two counts of violating 26 U.S.C. Section

19   7206(1), false tax returns, and sixteen counts of 26 U.S.C. Section 7202, failure to account for

20   and pay over withholding taxes.  When he last appeared before the Court on April 28, 2010, the

21   parties informed the Court that there was a large volume of discovery in this case that needed to

22   be produced to the defense, and then reviewed and considered by the defense.  That task has

23   taken even longer than anticipated.  The defense is still in the process of reviewing and

24   considering the discovery and requires additional time to complete that process.

25        Based on the availability of counsel and the Court, the parties agree that it would be in

26   the interests of justice to continue the status hearing to September 1, 2010,  at 2:30 p.m.  The

parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 21, 2010, to September 1, 2010, given the need for effective preparation of defense counsel and continuity of counsel.

IT IS SO STIPULATED.

DATED: July 15, 2010                        _____/s/_____
                                            THOMAS M. NEWMAN
                                            Assistant United States Attorney

DATED: July 15, 2010                        _____/s/_____
                                            JODI LINKER
                                            Assistant Federal Public Defender

## [PROPOSED] ORDER

The Court hereby ORDERS that the status conference currently set for July 21, 2010, be continued to September 1, 2010, at 2:30 p.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from July 21, 2010, to September 1, 2010, would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 21, 2010, to September 1, 2010, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from July 21, 2010, to September 1, 2010, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

 July 20, 2010_____                      /s/ Charles R. Breyer for_____
DATED                                       MAXINE M. CHESNEY
                                            United States District Judge